**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

SHANNON REEVES                                                      PLAINTIFF

VS.                                               CAUSE NO. 1:04CV340-JAD

LEE COUNTY SHERIFF'S DEPARTMENT; LEE COUNTY
SHERIFF JIM H. JOHNSON INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS SHERIFF OF LEE COUNTY,
MISSISSIPPI; SCOTT SPEAKES; ROBBY GWIN, JASON
STANFORD; GARY DODDS; DANNY DILLARD; AND JOHN
DOES ONE, TWO, THREE, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY AS DEPUTIES OF LEE COUNTY,
MISSISSIPPI.                                          DEFENDANTS

## **ORDER OF DISMISSAL**

The Plaintiff, Shannon Reeves, and Defendants, Lee County Sheriff's Department, Lee County Sheriff, Jim H. Johnson, Individually and in His Official Capacity as Sheriff of Lee County, MS, Scott Speakes, Robby Gwin, Jason Stanford, Gary Dodds, Danny Dillard, and John Does One, Two, Three, Individually and in Their Official Capacity as Deputies of Lee County, Mississippi, have moved the Court ore tenus to dismiss this cause of action as to the above stated Defendants with prejudice. The Court having considered the Motion is of the opinion that it is well taken and should be sustained. IT IS, THEREFORE,

ORDERED that this cause of action is hereby dismissed as to the above stated Defendants with prejudice, and each party to this dismissal to bear its own costs.

SO ORDERED this the 31st day of October, 2005.

                                                     /s/ JERRY A. DAVIS
                                                     UNITED STATES MAGISTRATE JUDGE

AGREED:

s/Edward P. Connell, Jr.
EDWARD P. CONNELL, JR. (MSB #16047)
Attorney for Plaintiff